**No. 58922.**—Grafmueller-Hamilton, Inc. *v.* United States, protests 147956–K and 150845–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of paper napkins the same in all material respects as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474). Upon the agreed statement of facts, the items entered prior to January 1, 1948, were held dutiable at 30 percent under paragraph 1413, and the items entered subsequent to said date were held dutiable at 15 percent under said paragraph, as modified, *supra*.

**No. 58923.**—Freund Mayer & Co., Inc., and H. W. Robinson & Co., Inc. *v.* United States, protest 232241–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper napkins the same in all material respects as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474), the claim of the plaintiffs was sustained.

**No. 58924.**—The Ellenburg Cooperative G. L. F. Service, Inc. *v.* United States, protest 173126–K (Ogdensburg).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58925.**—James McFaddin *v.* United States, protest 185662–K (Ogdensburg).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.